IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

SHANNON THOMAS PITTS            §

VS.                             §            CIVIL ACTION NO. 9:22-CV-200

BUREAU OF PRISONS               §

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Shannon Pitts, an inmate confined at FCI Seagoville, proceeding *pro se*, filed this *Bivens*-type[1] actions against Defendant the Bureau of Prisons.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

### Background

Plaintiff filed this complaint on December 21, 2022 (doc. # 1). On December 28, 2022, the undersigned ordered the Clerk of Court to mail Plaintiff a copy of the form application to proceed *in forma pauperis* for prisoners and the form complaint for a *Bivens*-type action filed pursuant to 28 U.S.C. § 1331 (doc. # 2). The order also gave Plaintiff thirty (30) days to complete and return the forms. *Id*. Plaintiff received a copy of the order on January 4, 2023 (doc. # 4). More than ample time has passed, yet Plaintiff has failed to comply or otherwise communicate with the court.

### Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v.*

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

*Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).  Plaintiff has failed to comply with this court's order and has failed to prosecute this case.

### Recommendation

This civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

### Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge.  28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts*,* conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n.,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 28th day of March, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

2