**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| SHANNON THOMAS PITTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:22-CV-200 |
| | § | |
| BUREAU OF PRISONS, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Shannon Pitts, an inmate confined at FCI Seagoville, proceeding *pro se*, filed this *Bivens*-type action[1] against Defendant the Bureau of Prisons. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 28, 2023, the magistrate judge entered a Report and Recommendation (#5) in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1]     *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#5) is **ADOPTED**.  This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 31st day of May, 2023.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE